Harris v Rome Mem. Hosp. (2023 NY Slip Op 04278)

Harris v Rome Mem. Hosp.

2023 NY Slip Op 04278

Decided on August 11, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on August 11, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: PERADOTTO, J.P., BANNISTER, MONTOUR, AND GREENWOOD, JJ.

484 CA 22-01513

[*1]EMMETT HARRIS, PLAINTIFF-RESPONDENT,
v
ROME MEMORIAL HOSPITAL, ET AL., DEFENDANTS, AND MICHELE LISI, M.D., INDIVIDUALLY AND AS AN AGENT, OFFICER AND/OR EMPLOYEE OF UPSTATE UNIVERSITY HOSPITAL AND/OR UPSTATE EMERGENCY MEDICINE, INC., DEFENDANT-APPELLANT. (APPEAL NO. 6.) 

RICOTTA, MATTREY, CALLOCCHIA, MARKEL & CASSERT, BUFFALO (COLLEEN K. MATTREY OF COUNSEL), FOR DEFENDANT-APPELLANT. 
CHERUNDOLO LAW FIRM, PLLC, SYRACUSE (JOHN C. CHERUNDOLO OF COUNSEL), FOR PLAINTIFF-RESPONDENT. 

 Appeal from an order of the Supreme Court, Oneida County (Scott J. DelConte, J.), entered September 20, 2022. The order denied the motion of defendant Michele Lisi, M.D. to compel plaintiff to accept service of her supplemental bill of particulars. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs.
Same memorandum as in Harris v Rome Mem. Hosp. ([appeal No. 1]
— AD3d — [Aug. 11, 2023] [4th Dept 2023]).
Entered: August 11, 2023
Ann Dillon Flynn
Clerk of the Court